IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01262-LTB

CECIL BYNUM,

      Plaintiff,

v.

MUNICIPALITY CITY & COUNTY OF DENVER, and
JANE OR JOHN DOE,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on July 1, 2014, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 1st day of July, 2014.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/K Lyons
                Deputy Clerk